US OFFICIAL MAIL PENALTY FOR PRIVATE USE

PITNEY BOWES
$ 003.5
ZIP 20540
02 1W
0004880053MAY 09

Rafael Jorge
1145 Liberty-St.
Springfield, MA 01104

Copyright Office
:ords Research &
Certification Section
Independence Ave., SE
shington, DC 20559

LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY**, that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **EN MEDIO DEL DOLOR; 1-3789354363.**

1. Email from Gareth James, Registration Specialist, U.S. Copyright Office (cop-ad@loc.gov), sent 06/06/2017 01:21:06 PM, to Rafael Jorge, (rafaeljorge584@comcast.net).

2. Email to (cop-ad@loc.gov), received 06/06/2017 06:28:32 PM, from Rafael Jorge, (rafaeljorge584@comcast.net).

3. Email from Gareth James, Registration Specialist, U.S. Copyright Office (cop-ad@loc.gov), sent 06/07/2017 08:04:57 PM, to Rafael Jorge, (rafaeljorge584@comcast.net).

4. Email to (cop-ad@loc.gov), received 06/07/2017 07:45:05 PM, from Rafael Jorge, (rafaeljorge584@comcast.net).

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on May 9, 2022.

Shira Perlmutter
United States Register of Copyrights and Director

*Veronica Patten.*

By:     Veronica Patten
Supervisory Copyright Specialist
Records Research and Certifications Section
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

## Correspondence Activities Report

**Activity Type:** Email - Outbound
**Created on:** 06/06/2017 01:21:06 PM
**Attachment:** Y
**Subject:** 1-3789354363 En Medio del Dolor
**Body:**

Dear Rafael Jorge:

We are writing because of a question about the authorship statement on the application. Your application names you as the sole author of the entire work. The credits on the copy, however, indicate that many other individuals also contributed to the production of this motion picture, including Luis Corporan and Youssel Abreu, credited as the director and producer.

Usually several people are involved in making a motion picture on videotape or film. These may include the producer, director, writer, camera operator, editor, and others. These individuals may be the authors of the work. Often, however, they are employed by a company or another individual to make the motion picture, and the resulting work is a "work made for hire." In this case, the employer is the legal author. (See Circular 9 at http://www.copyright.gov/circs/circ09.pdf for more information about "works made for hire.")

Please reply and give us complete and accurate authorship information. If the entire work was "made for hire," tell us the employer's name(s) (possibly Jorge Movie Productions and/or Renacer Films). Do not give the names of the employees. We will amend the record naming the employer(s) as the sole author and claimant of the "entire motion picture" in a "work made for hire." (See No. 1 on the attached Motion Picture Authorship Leaflet.)

Or, if no part of the work was "made for hire," name the individuals who made the motion picture and briefly describe what each person did, for example, "producer," "director," "script writer," "camera operator," and so forth. (See No. 2 on the Authorship Leaflet.) We will amend the registration record accordingly.

Possibly part of the work was "made for hire" and part was not. If so, give us the appropriate information and we will amend the record accordingly. (See No. 3 on the Authorship Leaflet.)

Finally give the name and address of the copyright claimant. The claimant is the person(s) or organization that owns all rights in the motion picture. If any claimant is not an author, also tell us the legal means by which copyright was transferred (for example, "by written

agreement").

Sincerely,
Gareth James
Registration Specialist, U.S. Copyright Office

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.


[THREAD ID:1-2G40PFJ]

**Activity Type:** Email - Inbound
**Created on:** 06/06/2017 06:28:32 PM
**Attachment:** Y
**Subject:** Re: 1-3789354363 En Medio del Dolor
**Body:**

Hello,

The owner, executive producer and the writer of the screenplay En Medio del Dolor is me Rafael Jorge.  I contracted Luis Corporan to be the director and Youssel Abreu to be the producer. The owner of Renacer Films is called Dorian Melo Felix, he is the editor of the movie, his company was in the credits, only in the credits he does not own the movie I just contracted him to edit. If there is an issue I can take out the credits. The name and address of the copyright claimant is: Rafael Jorge: 1145 Liberty St. Springfield MA,  01104. 413-657-6939.

Thank you.

God bless you.

Rafael Jorge.

**Activity Type:** Email - Outbound
**Created on:** 06/07/2017 08:04:57 AM
**Subject:** RE: Re: 1-3789354363 En Medio del Dolor
**Body:**

Hi, thanks for your reply. Based on your email I will amend the record to indicate that the motion picture production was "made for hire." The registration will give your name twice in the author section, once as author of the screenplay (not for-hire), and again as the author of the motion picture as the employer in a "work made for hire."

Please let me know if I have your permission to make the suggested changes and I'll amend the record and finalize the registration.

Best regards,
Gareth James
Registration Specialist, U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-2G40PFJ]

**Activity Type:** Email - Inbound
**Created on:** 06/07/2017 07:45:05 PM
**Attachment:** Y
**Subject:** RE: Re: 1-3789354363 En Medio del Dolor
**Body:**

Yes you have my permission.

Thank You
God Bless
Rafael Jorge



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

   **THIS IS TO CERTIFY** that the attached photocopies are a true
representation of the Application for Copyright Registration of the work
entitled **EN MEDIO DEL DOLOR.**The application was received in the
Copyright Office on June 29, 2016 and was assigned the service request
number 1-3789354363.

   **IN WITNESS WHEREOF,** the seal of this Office is affixed
hereto on May 9, 2022.

                    Shira Perlmutter
                    United States Register of Copyrights and Director

                    *Veronica Patten.*

          By:    Veronica Patten
                    Supervisory Copyright Specialist
                    Records Research and Certification Section
                    Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et
seq.



**Form PA**
For a Work of Performing Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**Privacy Act Notice:** Sections 408-410 of title 17 of the *United States Code* authorize the Copyright Office to collect the personally identifying information requested on this form in order to process the application for copyright registration. By providing this information you are agreeing to routine uses of the information that include publication to give legal notice of your copyright claim as required by 17 U.S.C. §705. It will appear in the Office's online catalog. If you do not provide the information requested, registration may be refused or delayed, and you may not be entitled to certain relief, remedies, and benefits under the copyright law.

PA                    PAU

EFFECTIVE DATE OF REGISTRATION

Month          Day          Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**TITLE OF THIS WORK ▼**

En Medio del Dolor

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**NATURE OF THIS WORK ▼** See Instructions

Motion Picture

---

**NAME OF AUTHOR ▼**

Rafael Jorge

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼
1964

Was this contribution to the work a "work made for hire"?
☐ Yes
☒ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of   Dominican Republic
Domiciled in   Springfield, Ma

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☒ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
executive producer and writer of the screenplay

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  _____
Domiciled in  _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of  _____
Domiciled in  _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

---

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**
2014   Year
This information must be given in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month May   Day 31   Year 2014
New York City                    Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Rafael Jorge
1145 Liberty St.
Springfield ,Ma 01104

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

|                        |         |
|------------------------|---------|
| EXAMINED BY            | FORM PA |
| CHECKED BY             |         |
| ☐ CORRESPONDENCE   Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give Previous Registration Number ▼      Year of Registration ▼

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼      Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Rafael Jorge
1145 Liberty St.
Springfield, Ma 01104

Area code and daytime telephone number   ( 413  ) 657-6939      Fax number  (        )

Email  Rafaeljorge584@comcast.net

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of  Rafael Jorge
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

_Rafael Jorge_      Date 06/28/16

Handwritten signature (X) ▼
x _Rafael Jorge_

| Certificate will be mailed in window envelope to this address: | Name ▼   Rafael Jorge |
|---|---|
| | Number/Street/Apt ▼   1145 Liberty St |
| | City/State/Zip ▼   Springfield, Ma 01104 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office-PAD
101 Independence Avenue SE
Washington, DC 20559-6230



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached compact disc is a true representation of the work entitled **EN MEDIO DEL DOLOR** deposited in the Copyright Office with claim of copyright registered under number **PA2-035-538**.

**THIS IS TO CERTIFY ALSO**, that the attached photocopy is a true representation of the front of the compact disc deposited with this registration.

**THIS IS TO CERTIFY FURTHER,** that beginning October 1, 2006, the Copyright Office discontinued the practice of stamping incoming deposits with accession stamp dates and registration numbers. Incoming deposits are now identified with barcodes labels.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on May 9, 2022.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Veronica Patten
Supervisory Copyright Specialist
Records Research and Certification Section
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-665-485

**Effective date of
registration:**

September 18, 2008

---

## Title

**Title of Work:** En medio del dolor

## Completion/Publication

**Year of Completion:** 1994

## Author

■          **Author:** Rafael Jorge

**Author Created:** Text

**Work made for hire:** No

**Citizen of:** Dominican Republic

**Year Born:** 1964

**Anonymous:** Yes                    **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Rafael Jorge

49 Plante Circle, Chicopee, MA, 01013

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Catherine Thangathurai

**Date:** August 28, 2008

## CONTRATO PARA LA REALIZACION DE UNA PRODUCCION CINEMATOGRAFICA

En la ciudad de Santo Domingo, Distrito Nacional, Capital de la Republica Dominicana, a los quince (28) días de mes Septiembre del año Dos Mil Once 2011.

REUNIDOS, los señores **RAFAEL JORGE**, dominicano, mayor de edad, con Cedula de Identidad y Electoral **No. 001-1684181-8,** y Pasaporte No.**1116675,** domiciliado y residente en los Estados Unidos de América, y a los fines del presente acto, en las oficinas del Abogado Notario Público Actuante, citadas al final de este documento, quien en lo que sigue del presente acto se denominará la (PRIMERA PARTE), y **YOUSSEL TEOBALDO ABREU CASTILLO,** dominicano, mayor de edad, domiciliado y residente en el Distrito Nacional, con Cédula de Identidad y Electoral No. **001-1195593-6,** quien representa en su calidad de **Gerente a la empresa Grupo Intercoral, S.R.L.,** constituida de acuerdo a las leyes de la República Dominicana, con Registro Nacional de Contribuyente No. **130-72680-9,** quien en lo que sigue de este contrato se denominará LA **SEGUNDA PARTE,** los cuales han acordado lo siguiente:

**Primero, LA PRIMERA PARTE:**
1. Garantiza poseer un mínimo de **Setenta Mil Dólares** norteamericanos **(USD$70,000.00)** para la realización de la película **"EN MEDIO DEL DOLOR".**
2. Representa, de manera personal y/o comercial a todos sus socios y/o patrocinadores económicos.
3. Declara que posee todos los derechos del guión y de la historia sobre la cual se realizará esta película.
4. Contrata a la SEGUNDA PARTE para producir la película basada en el guión.
5. Autoriza a la SEGUNDA PARTE a la utilización de la historia y del Guión **"EN MEDIO DEL DOLOR"** escrita por la PRIMERA PARTE para la producción de la película, incluyendo también ajustar el guión (los cambios necesarios para la realización de la película), no así la modificación de la historia.
6. Autoriza a la SEGUNDA PARTE a contratar y sub-contratar todo el personal necesario para producir la obra cinematográfica.
7. Autoriza a la Segunda Parte, a gestionar recursos faltantes necesarios a través de patrocinios y/o donaciones sin comprometer o ceder ningún tipo de derechos sobre la misma.

**Segundo, LA SEGUNDA PARTE,**
1. Se compromete a utilizar todo su personal, recursos, talentos y experiencia para realizar la pre-producción, producción y post-producción de la película a fin de garantizar la calidad visual y narrativa de la misma utilizando las tecnologías disponibles y dentro del presupuesto estimado, y garantiza la producción de la obra cinematográfica con todos los requisitos locales e internacionales de una obra cinematográfica.




2.  Se compromete a realizar todos los esfuerzos necesarios para la realización de la obra cinematográfica dentro del presupuesto establecido y sacarla al mercado a la mayor brevedad posible.

**Tercero,** Se acuerda que la PRIMERA PARTE realizará los desembolsos a la SEGUNDA PARTE en dos (2) únicos pagos. El primero de **Quince Mil con 00/100 dólares norteamericanos (USD$15,000.00)** para ser utilizados en el proceso de pre-producción, a más tardar tres (3) días luego de la firma del presente contrato, de los cuales **Siete Mil Quinientos Dólares con 00/100 (USD$7,500.00)** no serían reembolsados en caso de la cancelación del rodaje. Y un segundo desembolso de **Cincuenta y Cinco Mil con 00/100 dólares norteamericanos (USD$55,000.00)** a más tardar diez (10) días antes del comienzo del proceso de rodaje acordado.

**Cuarto,** Se acuerda que no obstante al presupuesto presentado, la PRIMERA PARTE autoriza a la SEGUNDA PARTE la ejecución del mismo a su discreción. Se acuerda que en el presupuesto no están estipulados los costos de derechos de uso de canciones y/o composiciones musicales que formarán parte de la banda sonora de la película.

**Quinto,** La PRIMERA PARTE se compromete a la gestión de locaciones para las escenas que se desarrollan en el Barrio de Villas Agrícolas, Santo Domingo.

**Sexto,** La SEGUNDA PARTE se compromete a gestionar todos los permisos necesarios para la utilización de locaciones públicas y/o gubernamentales tales como recintos carcelarios y destacamentos policiales sin costo alguno y/o a un costo mínimo. La fase de Producción o Rodaje de la Película tiene una duración máxima de 4 semanas, esto así de no presentarse inconvenientes meteorológicos o de fuerza mayor.

**Séptimo,** LOS CRÉDITOS estarán limitados al siguiente staff:

Director: Luis Corporán Pérez
Escrita por: Rafael Jorge
Guión: Rafael Jorge
Productor: Youssel Abreu
Productores Ejecutivos: Rafael Jorge, (y sus representados)

Hecho y firmado por las partes en duplicados iguales y de un mismo tenor para cada una de las partes actuantes, libre y voluntariamente, ante el Dr. Manuel Santana Merán, NOTARIO PUBLICO de los del número del Distrito Nacional, inscrito en el Colegio de Notarios de República Dominicana con el No.1652.

Youssel T. Abreu Castillo                    Rafael Jorge

Notario Público



**Thank You**

1-888-751-9000
www.tdbank.com

04:12PM 11/04/11°7004COMMER DEP     $53,313.34     74

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL
ALL ITEMS ARE RECEIVED SUBJECT TO VERIFICATION,
COLLECTION AND THE PROVISIONS OF ANY APPLICABLE COLLECTION AGREEMENT.
TD Bank, N.A.

50-0178 09/09

FORM123565-0111
04000525

**CASHIER'S CHECK**

**PNC BANK**
PNC Bank, National Association
Washington D.C.

**No. 00114835**

DATE NOVEMBER 02, 2011

PAY TO THE
ORDER OF   RAFAEL JORGE

$   53,313.34

FIFTY THREE THOUSAND THREE HUNDRED THIRTEEN AND 34 / 100✶✶✶✶   DOLLARS

FLORENCIA VELASQUEZ C/ORAFAEL RODRIGUEZ
REMITTER

MIX
Paper from
responsible sources
FSC® C101537

PNC Bank, National Association

OFFICIAL SIGNATURE

⑊00114835⑊ ⑊054000030⑊ 530260610 7⑊

ᶠᵒᵍ- 853- 31/25

FORM123565-0111
04000525

CASHIER'S CHECK

**PNC BANK**
PNC Bank, National Association
Washington D.C.

**No. 00114835**

15

DATE   NOVEMBER 02, 2011

PAY TO THE
ORDER OF   RAFAEL JORGE

$   53,313.34

FIFTY THREE THOUSAND THREE HUNDRED THIRTEEN AND 34 / 100****   DOLLARS

FLORENCIA VELASQUEZ C/ORAFAEL RODRIGUEZ
REMITTER

PNC Bank, National Association

OFFICIAL SIGNATURE

FSC
MIX
Paper from
responsible sources
FSC® C101537

⑈"00114835"⑈ ⑈:054000030⑈: 530260610?⑈"



**RECIBO**

18 de noviembre, 2011
Santo Domingo, D. N.

Hemos recibido del **Sr. Rafael Jorge** la suma de **cincuenta y dos mil novecientos dólares con 00/100 (USD$52,900.00)** por concepto del avance del presupuesto para la face de **producción** de la película en "En medio del dolor", restando la suma de **dos mil cien dólares con 00/100 (USD$2,100.00)** con lo que se completaría el total de **quince mil dólares (USD55,000.00)** establecidos en el contrato para esta fase de la producción.

**Youssel Abreu**
**Producto**
youssel@gmail.com
**809.905.5550**

Santo Domingo, D. N.
GRUPO INTERCORAL, SRL
República Dominicana

Grupo Intercoral, S.R.L
Rnc: 130-72680-9
C/Las Marías, No. 15, Suite 3-B
809-532-0397, grupointercoral@gmail.com



**RECIBO**

4 de noviembre, 2011
Santo Domingo, D. N.

Hemos recibido del **Sr. Rafael Jorge** la suma de **ocho mil dólares con 00/100 (USD$8,000.00)** por concepto de segundo avance del presupuesto para la face de **preproducción** de la película en "En medio del dolor", restando la suma de **cien dólares con 00/100 (USD$100.00)** con lo que se completaría el total de **quince mil dólares (USD15,000.00)** establecidos en el contrato para esta fase de la preproducción.

**Youssel Abreu**
Productor
youssel@gmail.com
809.905.5550

Grupo Intercoral, S.R.L
Rnc: 130-72680-9
C/Las Marías, No. 15, Suite 3-B
809-532-0397, grupointercoral@gmail.com



**RECIBO**

27 de Septiembre, 2011
Santo Domingo, D. N.

Hemos recibido del **Sr. Rafael Jorge** la suma de **siete mil novecientos dólares con 00/100 (USD$7,900.00)** por concepto del avance del presupuesto para la face de **pre-producción** de la película en "En medio del dolor", restando la suma de **siete mil dólares con 00/100 (USD$7,100.00)** con lo que se completaría el total de **quince mil dólares (USD15,000.00)** establecidos en el contrato para esta fase de la producción.

**Youssel Abreu**
Productor
youssel@gmail.com
809.905.5550

Santo Domingo, D. N.
GRUPO INTERCORAL, SRL
República Dominicana

Grupo Intercoral, S.R.L
Rnc: 130-72680-9
C/Las Marías, No. 15, Suite 3-B
809-532-0397, grupointercoral@gmail.com

9 PM

6/10/2022 12:17 PM

**RAFAEL JORGE <rafaeljorge584@comcast.net>**

# Fwd: "En Medio del Dolor" has been approved

To ddee212002@gmail.com <ddee212002@gmail.com>

Y este por favor.

——— Original Message ———
From: Marie Adler <mmadler@adlersproductions.com>
To: rafaeljorge584@comcast.net
Cc: mark-belasco@adlersproductions.com, jeremy-lunt@adlersproductions.com
Date: 05/04/2016 8:11 PM
Subject: "En Medio del Dolor" has been approved

Hello Rafael,

I wanted to thank you for taking the time to submit "En Medio del Dolor" for the consideration of Adler & Associates Entertainment, Inc.

We are pleased to let you know that your film has been approved to work with A&AE as its sales agent and/or distributor for all worldwide rights, pending the completion of a written agreement. In order to review the terms please contact our our VP of Sales Mark Belasco at +1.424.288.1055 or our VP of Distribution Jeremy Lunt at +1.310.684.3545.

In order to help expedite your film's inclusion into our 2016 catalog, please reply to this e-mail with the following information:

- Full legal names of all chain of title owners signing the agreement
- Name of the production company or companies
- Address of production company
- The type of company that it is (i.e., LLC, personal DBA, etc)

As a filmmaker-friendly company our motto is "your future is our future". We're looking forward to discussing all the possibilities that lie ahead and to building a prosperous, long-term relationship between our companies.

Sincerely,
Marie Adler
CEO / COO / President

Adler & Associates Entertainment, Inc.
"Films By The World For The World" - Marie Adler
Office: 310-684-3545

Adler Productions
Variety Press
IMDb
The Film Catalogue
Cinando
YouTube



Facebook

Xfinity Connect Fwd_ Email to _Dolor_ has been approved Printout



Twitter





NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail message is PRIVILEGED AND/OR CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorized and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately and notify the sender immediately via return e-mail at info@adlersproductions.com or via telephone at +1 310-684-3545. Unauthorized interception or use of this e-mail or the information contained therein may be a violation of law.



- sigimg0 (858 Byte)
- sigimg1 (1 KB)
- sigimg2 (6 KB)
- sigimg3 (19 KB)
- bottom.letterhead (64 KB)

**RAFAEL JORGE <rafaeljorge584@comcast.net>**      6/10/2022 12:35 PM

# Fwd: 1-3789354363

To ddee212002@gmail.com <ddee212002@gmail.com>

Please this too.

---------- Original Message ----------
From: Copyright Information <copyinfo@loc.gov>
To: RAFAELJORGE584
Cc: Copyright Information <copyinfo@loc.gov>
Date: 07/13/2016 8:19 AM
Subject: 1-3789354363

Good morning,

Re: 1-3789354363

Your case has been forwarded to OUTPRO and our Accounting Unit regarding the payment. You will be contacted regarding the matter.

Best,

XH

U.S. Copyright Office

Attn: Public Information Office-LM401

101 Independence Avenue, S.E.

Washington, DC 20559-6000

Email: copyinfo@loc.gov

Phone: 877-476-0778 (toll free) or 202-707-5959

Fax: 202-252-2041

Website: www.copyright.gov

---

**From:** RAFAELJORGE584 [mailto:rafaeljorge584@comcast.net]
**Sent:** Tuesday, July 12, 2016 4:21 PM
**To:** Copyright Information
**Subject:** Request

RAFAEL JORGE <rafaeljorge584@comcast.net>                    6/10/2022 12:36 PM

# Fwd: FW: 1-3789354363

To ddee212002@gmail.com <ddee212002@gmail.com>

This too please.

> ———— Original Message ————
> From: Acctsrch <acctsrch@loc.gov>
> To: 'rafaeljorge584@comcast.net'
> Date: 07/14/2016 4:35 PM
> Subject: FW: 1-3789354363
>
>
> Good afternoon Rafael Jorge,
>
>
> Your submission was received in the Copyright Office on 6/29/2016.  The money order  is the processing
> phrase.  Your service request number is 1-3789354363.
>
>
>
>
> Lashawne Stafford
>
> US Copyright Office
>
> Accounts Section
>
> Accounts Searcher/Expediter
>
> 202-707-6880 (Office)
>
> 202-252-2098 (Fax)
>
> 
> United States Copyright Office
>
>
>
>
>
> ——————————————————————————————————————
>
> **From:** Copyright Information
> **Sent:** Wednesday, July 13, 2016 8:18 AM
> **To:** Acctsrch; Outpro
> **Cc:** Copyright Information
> **Subject:** 1-3789354363
>
>
> Please see inquiry below re: 1-3789354363

**RAFAEL JORGE <rafaeljorge584@comcast.net>**                                    6/10/2022 12:17 PM

# Fwd: Acquisitions and distribution for your film

To ddee212002@gmail.com <ddee212002@gmail.com>

---

Y este please.

--------- Original Message ---------
From: RAFAELJORGE584 <rafaeljorge584@comcast.net>
To: Rafael Jorge <rafaeljorge584@comcast.net>
Date: 04/27/2016 11:14 PM
Subject: Fwd: Acquisitions and distribution for your film

**From:** A&AE Acquisitions
**To:** rafaeljorge584@comcast.net
**Sent:** Wednesday, April 27, 2016 5:52:57 PM
**Subject:** Acquisitions and distribution for your film

Dear Rafael,

**The reason I am contacting you today is because our records indicate that your film may be a perfect candidate for worldwide distribution with A&AE.** We are currently acquiring for our 2016 catalog, and we are interested in representing your film for global sale at markets such as Cannes, TIFF and AFM.

**Please contact us today by calling +1.310.684.3545 and/or by submitting your screener for immediate review to the A&AE acquisitions team by following the steps below:***

***Submission guidelines:**
1) Download, initial and sign the standard A&AE release form, making sure that each owner of the film completes a separate form of their own.
2) Scan the completed form(s) and e-mail it back to this address.
3) Mail the hard copy form(s) to: Adler & Associates Entertainment, 8721 Santa Monica Boulevard #312, West Hollywood, CA 90069, United States of America.
4) Send a private online link and/or two (2) DVD screeners to the address above.

Please note:  Our international sales, distribution and acquisitions teams are currently finalizing our spring 2016 catalog and preparing for a busy film market schedule that takes us to such major markets and festivals as Cannes, TIFF and AFM. Due to heavy call volume and market activity, please allow three to four business days turnaround time. Minimum guarantees are subject to change and are based on above-the-line talent and market conditions.  For more information please visit our website.

Sincerely,
Marie Adler

6/10/22, 1:18 PM
Xfinity Connect Fwd_ Acquisitions and distribution for your film Printout
Case 3:22-cv-30075-KAR   Document 1-1   Filed 06/10/22   Page 27 of 44

CEO / CCO / President

**Adler & Associates Entertainment, Inc.**
"Films By The World For The World" - Marie Adler
Office: 310-684-3545

**Adler Productions**
**Variety Press**
**IMDb**
**The Film Catalogue**
**Cinando**
**YouTube**
**Facebook**

Support <trustandsafety@vimeo.com>                                    2/11/2021 11:17 PM

**[Vimeo Support] Re: DMCA Claim by Rafael Jorge**

To Jorge Movie Production <rafaeljorge584@comcast.net>

```
##- Por favor, escriba su respuesta por encima de esta línea -##
To ensure delivery, add no-reply@vimeo.com to your address book.
```

# vimeo

**Rohit (Vimeo Trust & Safety)**
11 feb. 2021 20:17 GMT-8

Hi there,

Upon further investigation of your DMCA notice, we have decided to set it aside on the ground that it appears to contain invalid information.

Among other things:
· The email address you provided appears to be a temporary one
· If you can supply evidence of your identity and ownership of the copyrighted works in question (e.g., a Copyright Office filing), we will re-review your request.

Sincerely,
Rohit

---

**Jorge Movie Production**
11 feb. 2021 9:33 GMT-8

**Vimeo DMCA Claim Submission**

**Name:**

Rafael Jorge

**Organization:**

Jorge Movie Productions

**Email:**

rafaeljorge584@comcast.net

**Telephone:**

413-657-6939

**Address:**

1145 Liberty st Springfield, MA 01104

**Description:**

The motion picture "Heart of Pain", a.k.a. "En medio del dolor", directed by Luis Corporán and starring Carlos Quezada, Carasaf Sanch

**Relationship:**

**Vimeo <no-reply@vimeo.com>**                                                  2/16/2021 1:16 AM

## Response to your Vimeo DMCA claim

To rafaeljorge584@comcast.net

   Vimeo

# Dear Rafael Jorge:

We are writing in response to the Digital Millennium Copyright Act ("DMCA") takedown notice that you provided to us (the "Notice").

**Please note that, as of the date hereof, Vimeo, Inc. has:**

- Removed or disabled access to the material on Vimeo that you identified in the Notice;
- Where such material formerly appeared on Vimeo, posted a statement that Vimeo has removed such material as a result of a third-party notification claiming that such material is infringing; and
- Notified the persons that posted the material in question that Vimeo has removed or disabled access to such material as a result of a third-party notification claiming that such material is infringing.

This letter, and the actions taken as described herein, do not and shall not constitute or be construed as an admission of liability or wrongdoing whatsoever on our part, including any infringement (direct, contributory or vicarious) by us of any intellectual property or other rights, and do not constitute and shall not be deemed to constitute any waiver, release or impairment of any kind of any of our rights available to us at law or in equity, all of which are hereby expressly reserved.

Furthermore, this letter, and the actions taken as described herein do not constitute, and shall not be construed as, an agreement or course of dealing by us to in the future take any action or refrain from taking any action.

We trust that this concludes this matter.

Very truly yours,
Vimeo, Inc.

**Legal @ Vimeo <legal@vimeo.com>**                                    3/5/2021 8:11 AM

## [Vimeo Support] Re: Fwd: DMCA Counter-notification for https://vimeo.com/387205827

To Jorge Movie Production <rafaeljorge584@comcast.net>

##- Por favor, escriba su respuesta por encima de esta línea -##
To ensure delivery, add **no-reply@vimeo.com** to your address book.



**Shueb (Vimeo Trust & Safety)**
5 mar. 2021 8:11 GMT−5

Hi,

Under the Digital Millennium Copyright Act ("DMCA"), Vimeo is required to restore material that has been subject to a Takedown Notice if the uploader sends us a formal Counter−Notification and the original claimant fails to initiate litigation against the user.

As we have received a Counter−Notification regarding the Material, in accordance with the DMCA, Vimeo will restore the Material ten (10) business days from the processing of the Counter−Notification unless Vimeo receives notice that an action seeking a court order to restrain this user from the alleged infringing activity has been filed.

You may include such notice as an attachment to your reply.

Sincerely,
Shueb

**Jorge Movie Production**
5 mar. 2021 8:08 GMT−5

**Vimeo <rights@vimeo.com>**                                                     3/5/2021 5:01 AM

# DMCA Counter-notification for https://vimeo.com/387205827

To rafaeljorge584@comcast.net

---

 Vimeo

# Hello,

In accordance with the Digital Millennium Copyright Act ("DMCA") provision located at 17 U.S.C. § 512(g)(2)(C), this notice is to inform you that Vimeo has received no notification that a court action has been filed seeking to restrain Vimeo user marie adler from engaging in the alleged infringing activity relating to the material located at https://vimeo.com/387205827, the subject of your DMCA notice (the "Material").

As a result, and in accordance with 17 U.S.C. §512(g)(2)(C), the Material has been restored on Vimeo.

We trust that this concludes this matter. Vimeo reserves all of its rights.

*Sincerely,*
*Vimeo Inc.*

Facebook          Twitter          Tumblr          Instagram

If you wish to unsubscribe, or change your notification settings: **click here.**

™ + © Vimeo, Inc. 555 West 18th Street, New York, NY 10011. All rights reserved.

**Terms | Privacy Policy**

**Vimeo <rights@vimeo.com>**                                    2/19/2021 4:51 AM

DMCA Counter-notification for Vimeo video
https://vimeo.com/317402612

To rafaeljorge584@comcast.net

  Vimeo

# Hello,

In accordance with the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(g)(2)
(B), we hereby inform you that Vimeo has received a DMCA counter-notification claiming
that the material originally located at https://vimeo.com/317402612 have been erroneously
removed from Vimeo in response to your DMCA takedown notice.

The DMCA counter-notification was filed by Vimeo user marie adler and is reproduced
below. In accordance with the DMCA, Vimeo will restore the Material in ten (10) business
days unless Vimeo receives notice that an action seeking a court order to restrain this
user from the alleged infringing activity has been filed.

Vimeo reserves all rights.

Notice ID: 9435
Name: marie adler
Organization: Adler & Associates Entertainment, Inc.
Address: 8721 Santa Monica, Blvd, #312 W. Hollywood, CA 90069
Telephone: +1 310.684.3545
Email: marie-adler@adlersproductions.com
Video: https://vimeo.com/317402612
Description: Heart of Pain 387205827
Heart of Pain 317402612
Comments:
UNDER PENALTY OF PERJURY, I have a good faith belief that my material was removed
or disabled as a result of mistake or misidentification.
I consent to the jurisdiction of the Federal District Court for the judicial district in which my
address is located, or if my address is outside of the United States, any judicial district in
which the service provider (Vimeo, Inc.) may be found (the United States District Court for
the Southern District of New York).
I will accept service of process from the person who provided the original DMCA notice or
an agent of such person.
Signature: marie adler
Submitted: Friday, February 19, 2021 At 4:47 AM

3/10/22, 1:19 PM
Case 3:22-cv-30075-KAR    Document 1-1    Filed 06/10/22    Page 33 of 44
Xfinity Connect Fwd_ _En Medio del Dolar_ _ Your file flagged as undeliverable Printout

**RAFAEL JORGE <rafaeljorge584@comcast.net>**                                    6/10/2022 12:10 PM

# Fwd: "En Medio del Dolar" / Your file flagged as undeliverable

To ddee212002@gmail.com <ddee212002@gmail.com>

por favor printeame esto completo desde donde dice: From: Original Mennage----- Marie
Adler con todos los demas email.

---------- Original Message ----------
From: Marie Adler <mmadler@adlersproductions.com>
To: rafaeljorge584@comcast.net
Cc: Jeremy Lunt <jeremy-lunt@adlersproductions.com>, Mark Belasco <mark-
belasco@adlersproductions.com>, A&AE Distribution <distribution@adlerandassociatesentertainment.com>,
A&AE Legal <legal@adlerandassociatesentertainment.com>
Date: 09/24/2016 9:40 PM
Subject: "En Medio del Dolar" / Your file flagged as undeliverable

Dear Rafael,

I hope this e-mail finds you well. I'm contacting you today because our records
indicate that your film is still undeliverable. Due to market conditions, and the
change in regulations by the networks, it is counterproductive and makes no
sense for us to push for a sale on a film that we cannot deliver. Also please take
note that non-notarized contracts are binding, but that notarized versions are
needed for the final sale of your film.

Help us help you at A&AE by quickly resolving any issue with delivery and/or the
outstanding items listed below. Without these items we are not able to promote
and push for a close on an undeliverable film. Please note, as stated from the
beginning, also make sure we also have two (2) burned DVDs of the film and your
original hard copy submission release form (must be signed and dated).

Please e-mail back with the status of these items and feel free to call us with any
questions.

## 1.) Hard-drive

- a) Video/sound mix project files and raw audio/video material
- b) Video master of the complete film
- c) All textless video elements/materials
- d) (M&E) Music & Effects track
- e) Isolated audio stems (music, foley and dialogue/production sound)
- f) Music cue sheet
- g) Time-coded transcript of all dialogue in film
- h) Complete transcription of open and closing credits
- i) Stills for Promotional use and press kit
- j) Poster & Trailer

## 2.) Basic chain of title elements

- a) Notarized Contact
- b) Submission release hard copy (must be signed and dated)
- c) Music right releases/documentation
- d) Copyright registration certificate for the film (or proof of registration/deposit if certificate is not yet available)
- e) Certificate of origin
- f) Proof of script ownership, via the following:
-     I. Copyright registration certificate (or proof of registration/deposit if certificate is not yet available)
-     II. Option agreement (if applicable)
-     III. Screenplay acquisition agreement (if applicable)

## 3.) A passing quality control (QC) report for video master and main sound mix/M&E tracks

- Please contact us for a list of approved facilities for quality control (QC) reports

Sincerely,
Marie Adler, CEO / CBDO / President
Adler & Associates Entertainment, Inc.

Office: +1.310.684.3545
Skype: adlerandassociates

Variety Press
Maria Adler Bio
Adler Productions
IMDb
Cinando
The Film Catalogue
YouTube
Facebook
Twitter
LinkedIn





NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail message is PRIVILEGED AND/OR CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying or use of or reliance on the information contained in and transmitted with this e-mail message by or to anyone other than the recipient designated above is unauthorized and is strictly prohibited. If you are not the named recipient of this e-mail message or have otherwise received this e-mail message in error, please delete the message immediately and notify the sender immediately via return e-mail at info@adlersproductions.com or via telephone at +1 310-684-3545. Unauthorized interception or use of this e-mail or the information contained therein may be a violation of law.



- sigimg0 (10 KB)
- sigimg2 (14 KB)
- sigimg1 (9 KB)
- bottom.letterhead (441 KB)



**UNITED STATES COPYRIGHT OFFICE**

# Receipt of Payment

**RECORDS RESEARCH & CERTIFICATION**

Name: Rafael Jorge

Address: 1145 Liberty St.

Springfield, MA 01104

413-219-9411

Phone:

Completed Date: 5/9/2022

Service Request No.: 1-11301514414 (TCLA)

Registration No.: PA 2-035-538

Title:

Other:

| Service | Unit Price | Quantity | Fee | Amount Paid |
|---|---|---|---|---|
| **Estimate** | | | | |
| Estimate for retrieval (to be credited toward request) | $200.00 | | $ 0.00 | |
| **Retrieval Services** | | | | |
| Physical deposit | $200.00 per hour (1 hour min.) or per 6 | 1 | $ 200.00 | $ 200.00 |
| Electronic deposit | $200.00 per hour (half hour min.) | | $ 0.00 | |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Electronic application | $200.00 per hour (half hour min.) | 1 | $ 100.00 | $ 100.00 |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Physical correspondence | $200.00 per 6 | | $ 0.00 | |
| Electronic correspondence | $200.00 per hour (half hour min.) | 1 | $ 100.00 | $ 100.00 |
|    Each additional 15 minutes | $50.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of correspondence (e-file) | $200.00 per hour (half hour min.) | | $ 0.00 | |
| Retrieval for inspection of deposit (physical) | $200.00 | | $ 0.00 | |
| Retrieval for inspection of deposit (e-file) | $200.00 per hour (half hour min.) | | $ 0.00 | |
| **Copy Services** | | | | |
| Additional certificate | $55.00 | 1 | $ 55.00 | $ 55.00 |
| Copy of Registration | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Recordation | $12.00 | | $ 0.00 | |
| Copy of Application | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Correspondence | $12.00 | 1 | $ 12.00 | $ 12.00 |
| Copy of Deposit- Black and White or Color | $12.00 | | $ 0.00 | |
| Copy of Deposit- CD/DVD, Audio Cassette, Flash Drive, VHS | $12.00 | 1 | $ 12.00 | $ 12.00 |
| **Additional Services** | | | | |
| Litigation statement | $100.00 per statement | | $ 0.00 | |
| Certification | $200.00 | 3 | $ 600.00 | $ 600.00 |
| Double certified certificates | $255.00 | | $ 0.00 | |
| Expedited service | $500.00 per hour | | $ 0.00 | |
| Overnight shipping (FedEx) | $45.00 | | $ 0.00 | |
| Fax | up to 7 pages ($7 min.) | | $ 0.00 | |
|    Each additional page | $1.00 per page | | $ 0.00 | |
| Public photocopying | $0.25 per page | | $ 0.00 | |
| Outside Service (DUPL/MBRS) | $ | | $ 0.00 | $ 0.00 |
| **Search Services** | | | | |
| Search estimate | $200.00 | | $ 0.00 | |
| Litigation search | $200.00 per hour | | $ 0.00 | |
| Inspection search | $200.00 per hour | | $ 0.00 | |
| Search report | $400.00 first 2 hours (2 hour min.) | | $ 0.00 | |
|    Each additional hour | $200.00 | | $ 0.00 | |
| **Other Services** | | | | |
| | $ | | $ 0.00 | |
| | | **Total Fee** | $ 1,103.00 | |
| | | **Total Amount Paid** | | $ 1,103.00 |
| | | **Refund** | | $ 0.00 |



# COPY OF REGISTRATION

# PA 2-035-538

Registration Number

# PA 2-035-538

**Effective Date of Registration:**
June 29, 2016

## Title _____

**Title of Work:**   En Medio del Dolor

## Completion/Publication _____

**Year of Completion:**   2014
**Date of 1st Publication:**   May 31, 2014
**Nation of 1ˢᵗ Publication:**   United States

## Author _____

- **Author:**   Rafael Jorge
  **Author Created:**   screenplay
  **Work made for hire:**   No
  **Citizen of:**   Dominican Republic
  **Domiciled in:**   United States
  **Year Born:**   1964

- **Author:**   Rafael Jorge
  **Author Created:**   all other cinematographic material
  **Work made for hire:**   Yes
  **Citizen of:**   Dominican Republic
  **Domiciled in:**   United States
  **Year Born:**   1964

## Copyright Claimant _____

**Copyright Claimant:**   Rafael Jorge
1145 Liberty St., Springfield, MA 01104

## Limitation of copyright claim _____

**Previously registered:**   No

## Certification _____

**Name:**   Rafael Jorge
**Date:**   June 28, 2016

**Correspondence:**   Yes

Registration #:   PA0002035538
Service Request #:   1-3789354363

Rafael Jorge
1145 Liberty St.
Springfield,, Ma 01104

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## PA 2-035-538

**Effective Date of Registration:**
June 29, 2016

---

## Title

**Title of Work:**  En Medio del Dolor

## Completion/Publication

**Year of Completion:**  2014
**Date of 1st Publication:**  May 31, 2014
**Nation of 1ˢᵗ Publication:**  United States

## Author

- **Author:**  Rafael Jorge
  **Author Created:**  screenplay
  **Work made for hire:**  No
  **Citizen of:**  Dominican Republic
  **Domiciled in:**  United States
  **Year Born:**  1964

- **Author:**  Rafael Jorge
  **Author Created:**  all other cinematographic material
  **Work made for hire:**  Yes
  **Citizen of:**  Dominican Republic
  **Domiciled in:**  United States
  **Year Born:**  1964

## Copyright Claimant

**Copyright Claimant:**  Rafael Jorge
1145 Liberty St., Springfield, MA 01104

## Limitation of copyright claim

**Previously registered:**  No

## Certification

**Name:**  Rafael Jorge
**Date:**  June 28, 2016

**Correspondence:**   Yes

**Registration #:**    PA0002035538
**Service Request #:**    1-3789354363

Rafael Jorge
1145 Liberty St.
Springfield,, Ma 01104