JUN 21 '22 AM 10:28 USDC MA

**Rafael Jorge <rafaeljorge727@icloud.com>**                    6/20/2022 6:19 PM

To ddee212002@gmail.com    Copy rafaeljorge584@comcast.net

Sent from my iPhone

FILED IN CLERKS OFFICE

☐  ☐ Expected Delivery Updates ⓘ

☐  ☐ Day of Delivery Updates ⓘ

☐  ☐ Package Delivered ⓘ

☐  ☐ Available for Pickup ⓘ

☐  ☐ Delivery Exception Updates ⓘ

☐  ☐ Package In-Transit Updates ⓘ

**Proof of Delivery**

**Tracking History**

June 16, 2022, 9:20 am
Delivered, Individual Picked Up at Postal Facility
LOS ANGELES, CA 90048
Your item was picked up at postal facility at 9:20 am on June 16, 2022 in LOS ANGELES, CA 90048. The item was signed for by S.J.

- IMG_0701.jpg (90 KB)

22 CV-30075