July 15, 2022

United States District Court
℅ Melissa Rivera
300 State Street
Springfield, Massachusetts 01105

Via: Overnight Mail

FILED IN CLERKS OFFICE
JUL 18 '22 AM 3:04 USDC MA

**Re: Jorge v. Adler | 3:22-cv-30075-KAR**

Dear Melissa Rivera,

I hope this letter finds you, and the court safe, and well during these trying times.

I am writing to request instructions on how to proceed as a "pro se party" to file an appearance and a letter to The Honorable Judge Katherine A. Robertson to dismiss Jorge v. Adler | 3:22-cv-30075-KAR.

I have included my "pro se party" letter requesting dismissal for your reference and the Judge's consideration. Per Tamara Figueroa's instructions, I will be reviewing the "pro se" section of your website. Since I am located in California and addressing health issues I will be requesting to respond electronically. Kindly let me know how to proceed.

I have included a copy of Mr. Jorge's sales agreement to support my letter to the Honorable Judge Katherine A. Robertson. <u>His agreement is not with me, or signed by me. It is between him and a California Corporation with a **binding arbitration clause.**</u>

I have been ill and just discovered an email referencing this matter. Thank you in advance for your assistance in this matter. Your time and consideration are greatly appreciated.

Sincerely,

*Marie Adler*
P.O. Box 3461
Danville, CA 94526
Phone: +1 424.230.9119