Jorge V. Adler
Case number: 3:22-cv-30075-KAR

FILED IN CLERKS OFFICE    JUL 19 '22 PM 12:50 USDC MA

You Honor
Here in this contract on the page 21 and 32
where does it say that Marie Adler could infringe my copyright?
Or on any other page? And although I did sign this contract,
nowhere does it say that I transferred my copyright to Marie Adler.
Also, if you read on the first page of the contract that I signed, it says:
that I sign it to Adler & Associates Entertainment, INC. and not to her,
whom I have also never seen.

Marie Adler
I want you to send the Honorable the contract or a proof that I have signed,
granting you, my copyright. Also, send you the proof of arbitration from the
institution or organization that you are a member of, which says that you can
violate a federal law without paying the consequence. Neither in California nor
anywhere in the United States can you or anyone else violate a federal law,
and get away with it.

Your Honor please do not withdraw the case from Marie Adler, I challenge her
to show you an agreement that says she could infringe my copyright. There is a
distribution agreement with Adler & Associates Entertainment but not an agreement with
her individually.

Thank you.

Rafael Jorge.