Jorge V. Adler
Case number: 3:22-cv-30075-KAR

You Honor

In these six pages there are three pages of three messages that
Amazon sent me telling me that they removed the three ASINs:
from the movie En Medio del Dolor, as I asked in July 2020,
and one from Udu Digital when they also removed the movie
En Medio del Dolor on February 27, 2021, just as I asked.
If I would have signed an agreement that Marie Adler could infringe my copyright like
she is stating, she would've also sent that agreement to Amazon and Udu Digital for
them to resell the film. So now she is trying to scam me with a distribution agreement,
which was the agreement that I signed, which she cheated me, because in more than
six years she has not given me a penny.

The distribution contract is very different from you violating my copyright
to take ownership of my film for which I worked hard to make.
Adler & Associates Entertainment, INC. has put it in many countries without
giving me a penny, delaying my career, because of this I have not been able
to produce another movie even though I have 28 scripts written, because
them has taken over it.

FILED IN CLERKS OFFICE
JUL 19 '22 PM12:50 USDC MA

**Amazon <notice-dispute@amazon.com>**  7/26/2020 10:43 AM

## Your Report of Rights Infringement on Amazon.com

To rafaeljorge584@comcast.net

Hello,

Thank you for your report of infringement. We reviewed your report and altered or removed the reported content based on the information you provided.

ASIN:B088JYNHMN
Complaint ID: 7184312991

We only process one intellectual property (IP) complaint at a time. In order to ensure quality and quick resolution of your notices, we will only process the specific complaint type you have chosen on the Report Infringement or &ldquo;Report a Violation&rdquo; forms (such as patent, trademark, or copyright). If you have additional IP concerns, please submit additional notices of infringement.

For example, selecting trademark infringement but discussing copyright issues in the submission will result in the notice being processed as a trademark complaint. To report infringement of a trademark and a copyright, separate notices must be filed.

To learn more about Amazon Intellectual Property policies, please review our Rights Owner Help Content (https://sellercentral.amazon.com/gp/help/U5SQCEKADDAQRLZ).

Sincerely,
Seller Performance Team,
Amazon.com

---

To learn more about how Transparency can help proactively protect your brand from counterfeit, please visit the Transparency website (https://brandservices.amazon.com/transparency?ld=NSGoogle_null). Fill out our contact us form (https://brandservices.amazon.com/transparency/contactus?ld=TRUSCU) and a Transparency team member will reach out to you soon.
Is this helpful? 3 0

**Amazon <no-reply-notice-outreach@amazon.com.mx>**   7/29/2020 9:22 PM

# Your Report of Rights Infringement on Amazon.com

To rafaeljorge584@comcast.net

---

Estimado cliente:

Revisamos el reporte y eliminamos el siguiente contenido según la información que proporcionó.

ASIN: B07WQYTCWW
Título: En medio del dolor
Identificador de queja: 7227643921

Cordialmente,
Amazon

**Amazon <no-reply-notice-outreach@amazon.es>**  7/29/2020 9:27 PM

## Your Report of Rights Infringement on Amazon.com

To rafaeljorge584@comcast.net

Estimado cliente:

Hemos revisado su informe y eliminado el siguiente contenido en función de la información proporcionada.

ASIN: B07WSG6QX1
Título: En medio del dolor
Número de queja: 6221460242

Cordialmente,
Amazon

**Robin Remde <rremde@ududigital.com>**     2/27/2021 7:23 PM

## Re: En Medio del Dolor (Heart of Pain) Your catalog knDEA42446

To Beaujean Betouliere <beaujean@filmhub.com>  Copy RAFAEL JORGE <rafaeljorge584@comcast.net>

---

Beaujean,

We received the below notice today from Rafael Jorge.

As we have no visibility of who had licensed the content noted, we will be deleting the title permanently out of an abundance of caution.

Regards,

Robin Remde
**Udu Digital**
rremde@ududigital.com

> On Feb 27, 2021, at 4:08 PM, RAFAEL JORGE <rafaeljorge584@comcast.net> wrote:
>
> I declare UNDER PENALTY OF PERJURY that:
>
> 1. I am the owner, or an agent authorized to act on behalf of the owner, which owner's name is
>
> Jorge Movie Productions ("IP Owner"), of the following copyrighted work:
>
> "Heart of Pain", a.k.a. "En medio del dolor", a motion picture directed by Luis Corporán, written by Rafael Jorge and starring Carlos Quezada, Luis Brian Mesa, Carasaf Sánchez, Danilo Reynoso, Josph Estarlin Morel, Betty Belle Batista, Miguel Ángel Martínez and Mario Núñez.
>
> 2. I have a good faith belief that the content described below and being made available to end users of the Company's products is not authorized by the IP owner, its agent, or the law, and therefore infringes the IP Owner's rights:
>
> All instances in which the motion picture, in whole or in part, is available to customers/viewers of UDU Digital's services.

Where does the alleged infringing material appear? Please provide sufficient information to help us locate the content you are reporting.

According to a document provided by the motion picture's former distributor (Adler & Associates Entertainment), "Heart of Pain" had been made available to customers via the UDU Digital platform.

Please describe how the content infringes your or the IP owner's rights (this question may assist us with processing your claim and eliminate the potential need for follow-up questions should your notice be unclear):

The contract between Jorge Movie Productions and Adler & Associates Entertainment was canceled in July of 2020 due to the distributor's failure to make payments to producer and because they had ceased sending the required quarterly financial statements. Any instance where Adler & Associates Entertainment or its subdistributors continues to distribute "Heart of Pain" after July 2020 is an infringement on our exclusive rights.

3. I acknowledge that this Notice, including my contact information, may be provided to the channel application developer and/or service provider associated with the alleged infringing content.

4. I may be contacted as follows:

My Name: Rafael Jorge

My Telephone: 413-657-6939

Company or Other IP Owner (if different from me): Jorge Movie Productions

Email: rafaeljorge584@comcast.net

I agree that information I have provided in this statement is accurate.

Sincerely,

Rafael Jorge