**RAFAEL JORGE <rafaeljorge584@comcast.net>**   7/19/2022 9:57 AM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

You Honor,

Here Marie Adler swore under penalty of perjury that she owned the movie (Heart of Pain)

Thank you.

Rafael Jorge.

FILED IN CLERKS OFFICE
JUL 19 '22 PM12:50 USDC MA

**Vimeo <rights@vimeo.com>**　　　　　　　　　　　　　　　　　　2/19/2021 4:51 AM

# DMCA Counter-notification for Vimeo video https://vimeo.com/317402612

To rafaeljorge584@comcast.net

  Vimeo

## Hello,

In accordance with the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(g)(2)(B), we hereby inform you that Vimeo has received a DMCA counter-notification claiming that the material originally located at https://vimeo.com/317402612 have been erroneously removed from Vimeo in response to your DMCA takedown notice.

The DMCA counter-notification was filed by Vimeo user marie adler and is reproduced below. In accordance with the DMCA, Vimeo will restore the Material in ten (10) business days unless Vimeo receives notice that an action seeking a court order to restrain this user from the alleged infringing activity has been filed.

Vimeo reserves all rights.

Notice ID: 9435
Name: marie adler
Organization: Adler & Associates Entertainment, Inc.
Address: 8721 Santa Monica, Blvd, #312 W. Hollywood, CA 90069
Telephone: +1 310.684.3545
Email: marie-adler@adlersproductions.com
Video: https://vimeo.com/317402612
Description: Heart of Pain 387205827
Heart of Pain 317402612
Comments:
UNDER PENALTY OF PERJURY, I have a good faith belief that my material was removed or disabled as a result of mistake or misidentification.
I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located, or if my address is outside of the United States, any judicial district in which the service provider (Vimeo, Inc.) may be found (the United States District Court for the Southern District of New York).
I will accept service of process from the person who provided the original DMCA notice or an agent of such person.
Signature: marie adler
Submitted: Friday, February 19, 2021 At 4:47 AM