Jorge V. Adler
Case 3:22-cv-30075-KAR

Your Honor Marie Adler took over my film registering it as her own, violating rules 106(a) and 1745.

Your Honor
If you see my film here at The New York City International Film Festival 2014 the movie En Medio del Dolor (Heart of Pain) it had four nominations, which had films from 27 countries, and I won best original screenplay, which I won, because I was the one who wrote the screenplay. This film was sold by Roberto Rizzo at the 2016 Cannes Film Festival, in France. But, a week before I left for Cannes, Marie Adler sent me an email interested in distributing the film in many countries of the world, and that our business relationship would be for many years. I foolishly believed her, I didn't go to Cannes, losing more than three thousand dollars, because they didn't return the money for the room I rented from a hotel for 10 days, nor the money for the flight ticket, nor the $500 of the entry of the film at the Cannes festival. I signed that shady contract with Adler & Associates Entertainment that only offered me 35% without even giving me a penny up front.

Your Honor above you can see the laws that Mari Adler violated, and that the movie En Medio del Dolor is an important movie, and that's why at the Cannes festival 2016 many distribution companies were interested in it. This is why I ask for a MOTION to enter a judgment or order in my favor under rule 7(b) and approving the amount of money for which I am suing $7000000.00.

I sent these documents to Marie Adler, as required by Local Rule 5.2.

Thank you.

Rafael Jorge.