**RAFAEL JORGE <rafaeljorge584@comcast.net>**                                    7/21/2022 1:43 PM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

Jorge V. Adler
Case 3:22-cv-30075-KAR

    Marie Adler
Here I send you the account statements of the film En Medio del Dolor
(Heart of Pain) according to Adler & Associates Entertainment the money
that my film has produced in several countries: $0.29, $0.22, $0.05, $0.03,
$0.12, $0.04, $0.14, $0.01, $0.02. I don't understand if according to Adler &
Associates Entertainment, the movie (Heart of Pain) has made so little money
because your Marie Adler has made you the owner of it. When I saw that they
sent me statements for pennies, I told my daughter, my sister and two nephews
to buy the movie on Amazon for $9.99 each and see the next statement in the
United States, and they sent it to me by $20.78. Because we spent $50.00 on
the movie, and three months later you sent me a statement of $20.78, $29.17.
of which we pay. According to the account statements, the film did not make any
money and was shown in the United States and Canada for almost two years in
a row, and I told Amazon to remove it, because I had not received a penny,
if it was not still in the United States and Canada.

 I sent the document to Marie Adler, as required by Local rule 5.2.

Thank you.

Rafael Jorge.

| Territory | Platform | Type | Exclusivity | Term | Total previous payments | Total new payments | Total withholdings | Total paid to date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Philippines | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.05 | $0.00 | N/A | $0.05 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Portugal | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.85 | $0.00 | N/A | $0.85 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Romania | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.53 | $0.00 | N/A | $0.53 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Scandinavia | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2.52 | $0.00 | N/A | $2.52 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| South Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.18 | $0.00 | N/A | $0.18 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| South America | Amazon Prime | SVOD | Non-exclusive | Ongoing | $1,377.88 | $238.09 | N/A | $1,615.97 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Southern Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.20 | $0.00 | N/A | $0.20 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Spain | Amazon Prime | SVOD | Non-exclusive | Ongoing | $1,493.63 | $66.08 | N/A | $1,559.71 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Switzerland | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.03 | $0.22 | N/A | $0.25 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| United Kingdom | Amazon.co.uk | TVOD / SVOD | Non-exclusive | Ongoing | $23.91 | $0.17 | N/A | $24.08 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| United States | Amazon.com | TVOD / SVOD | Non-exclusive | Ongoing | $55.33 | $6.10 | N/A | $61.43 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| Worldwide | Vimeo | TVOD | Non-exclusive | Ongoing | $7.30 | $0.00 | N/A | $7.30 | New Payments are for Q3 of 2020. Q3 is for April, May, June. |
| | | | | | **Total previous payments** | **Total new payments** | **Total withholdings** | **Total paid to date** | |
| | | | | | $15,158.74 | $555.88 | $3.56 | $15,718.18 | |

## DEDUCTIONS



| Deduction type | Previous deductions | New deductions | Deductions to date | Notes |
|---|---|---|---|---|
| Audit fee | $5,900.00 | N/A | $5,900.00 | One-time contractual fee |
| Delivery fee | $5,100.00 | N/A | $5,100.00 | One-time contractual fee |
| Marketing (film market attendance) | $1,141.49 | waived | $1,141.49 | Inception through Q3 2020 |
| Marketing (labor) | $8,538.40 | waived | $8,538.40 | Inception through Q3 2021 |
| Theatrical booking / Virtual Print Fee | N/A | N/A | $0.00 | Inception through Q3 2022 |
| PR & Social media | N/A | waived | $0.00 | Inception through Q3 2023 |
| DVD design / authoring | N/A | waived | $0.00 | Inception through Q3 2024 |
| Advertising | $33.33 | waived | $33.33 | Inception through Q3 2025 |
| Laboratory work | $11,250.00 | waived | $11,250.00 | Inception through Q3 2026 |
| Captioning / subtitling | $1,020.00 | waived | $1,020.00 | Inception through Q3 2027 |
| Document legalization | $188.50 | waived | $188.50 | Inception through Q3 2028 |
| Printing | $1.28 | waived | $1.28 | Inception through Q3 2029 |
| | **Total previous deductions** | **Total new deductions** | **Total deductions to date** | |
| | $33,173.00 | N/A | $33,173.00 | |



# HEART OF PAIN
(PRODUCER STATEMENT)

Q4 2019 - Q2 2020

CONTRACT CODE: 4-4

## PAYMENTS

| Territory | Client | Rights | Type | Term | Previous payments | New payments | Bank/tax/contractual withholdings | Paid to date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Baltics | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.01 | $0.28 | N/A | $0.29 | Revenue was generated between July 2019 and March 2020 |
| Benelux | Amazon Prime | SVOD | Geoblocking error* | N/A | $3.22 | $0.64 | N/A | $3.86 | " " " " " |
| Brazil | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.05 | N/A | N/A | $0.05 | . |
| Bulgaria | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.02 | $0.01 | N/A | $0.03 | Revenue was generated between July 2019 and March 2020 |
| Canada | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2.58 | $1.94 | N/A | $4.52 | " " " " " |
| Caribbean | Amazon Prime | SVOD | Non-exclusive | Ongoing | $10.63 | $8.96 | N/A | $19.59 | " " " " " |
| Central Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.35 | $0.33 | N/A | $0.68 | " " " " " |
| Central America | Amazon Prime | SVOD | Non-exclusive | Ongoing | $162.58 | $223.49 | N/A | $386.07 | " " " " " |
| China (mainland) | Beijing Qianlimu Film Media | VOD | Exclusive | 5 years | $2,750.00 | N/A | $3.56 | $2,746.44 | Full payment of license fee / Deal rejected by China censorship in Q4 |
| East Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.12 | N/A | N/A | $0.12 | . |
| France | Amazon Prime | SVOD | Geoblocking error* | N/A | $1.85 | $1.04 | N/A | $2.89 | Revenue was generated between July 2019 and March 2020 |
| Greece | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.25 | $0.01 | N/A | $0.26 | " " " " " |
| Hungary | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.10 | N/A | N/A | $0.10 | . |
| Ireland | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.10 | $0.12 | N/A | $0.22 | Revenue was generated between July 2019 and March 2020 |
| Italy | Amazon Prime | SVOD | Geoblocking error* | N/A | $1.01 | $0.01 | N/A | $1.02 | " " " " " |
| Mexico | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2,394.20 | $6,627.90 | N/A | $9,022.10 | " " " " " |
| North America | UDU Digital | AVOD | Non-exclusive | Ongoing | N/A | $3.99 | N/A | $3.99 | . |
| Oceania | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2.31 | $1.79 | N/A | $4.10 | Revenue was generated between July 2019 and March 2020 |
| Philippines | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.04 | $0.01 | N/A | $0.05 | " " " " " |
| Portugal | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.34 | $0.51 | N/A | $0.85 | " " " " " |
| Romania | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.14 | $0.39 | N/A | $0.53 | " " " " " |
| Scandinavia | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.99 | $1.53 | N/A | $2.52 | " " " " " |
| South Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.18 | N/A | N/A | $0.18 | . |
| South America | Amazon Prime | SVOD | Non-exclusive | Ongoing | $351.61 | $1,026.27 | N/A | $1,377.88 | Revenue was generated between July 2019 and March 2020 |
| Southern Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.20 | N/A | N/A | $0.20 | |
| Spain | Amazon Prime | SVOD | Non-exclusive | Ongoing | $666.81 | $826.82 | N/A | $1,493.63 | Revenue was generated between July 2019 and March 2020 |

| Switzerland | Amazon Prime | SVOD | Geoblocking error* | N/A | N/A | $0.03 | N/A | $0.03 | " | " | " | " | " |
| United Kingdom | Amazon.co.uk | TVOD / SVOD | Non-exclusive | Ongoing | $21.12 | $2.79 | N/A | $23.91 | " | " | " | " | " |
| United States | Amazon.com | TVOD / SVOD | Non-exclusive | Ongoing | $20.78 | $34.55 | N/A | $55.33 | " | " | " | " | " |
| Worldwide | Vimeo | TVOD | Non-exclusive | Ongoing | N/A | $7.30 | N/A | $7.30 | " | " | " | " | " |

| | Total previous payments | Total new payments | Total withholdings | Total paid to date |
|---|---|---|---|---|
| | $6,391.59 | $8,770.71 | $3.56 | $15,158.74 |

## DEDUCTIONS



| Deduction type | Previous deductions | New deductions | Deductions to date | Notes |
|---|---|---|---|---|
| Audit fee | $5,900.00 | N/A | $5,900.00 | One-time contractual fee |
| Delivery fee | $5,100.00 | N/A | $5,100.00 | One-time contractual fee |
| Marketing | $9,679.89 | 11,389.42 | $21,069.31 | Inception through Q2 2020 |
| Theatrical booking / Virtual Print Fee | N/A | N/A | $0.00 | Inception through Q2 2020 |
| PR & Social media | N/A | N/A | $0.00 | Inception through Q2 2020 |
| DVD design / authoring | N/A | N/A | $0.00 | Inception through Q2 2020 |
| Advertising | $33.33 | Included in marketing | $33.33 | Inception through Q2 2020 |
| Laboratory work | $11,250.00 | N/A | $11,250.00 | Inception through Q2 2020 |
| Captioning / subtitling | $1,020.00 | N/A | $1,020.00 | Inception through Q2 2020 |
| Document legalization | $188.50 | N/A | $188.50 | Inception through Q2 2020 |
| Printing | $1.28 | Included in marketing | $1.28 | Inception through Q2 2020 |
| | Total previous deductions | Total new deductions | Total deductions to date | |
| | $33,173.00 | $11,389.42 | $44,562.42 | |

## ADJUSTMENTS

| Adjustment type | Previous adjustments | New adjustments | Adjustments to date | Notes |
|---|---|---|---|---|
| Captioning/subtitling | $1,020.00 | N/A | $1,020.00 | Expense reimbursement waived |
| Laboratory work | $11,250.00 | N/A | $11,250.00 | " " " " " " " |
| License fee refund | -$2,750.00 | N/A | -$2,750.00 | Refund of license fee due to Chinese censor rejection |
| | Total previous adjustments | Total new adjustments | Total adjustments to date | |
| | $9,520.00 | N/A | $9,520.00 | |

## DISTRIBUTION IN PROGRESS - NOT PAYABLE DUE TO RELEASE DATE OR PAYMENT SCHEDULE

Distribution in the following territories/on the following platforms has now commenced or is in progress. No revenue was earned or received from them. Revenue from them will be reflected on future statements.

- Amazon Prime Worldwide (SVOD) (Brazil/Russia/CIS)
- UDU Digital (AVOD) (North America)

## TOTALS

| | |
|---|---|
| Total paid | $15,158.74 |
| Total deductions | -$44,562.42 |
| Total adjustments | $9,520.00 |
| Subtotal | -$19,883.68 |
| Minus commission (35%) | N/A |
| Total balance | -$19,883.68 |

\*\* Statement subject to revision \*\*

---

* Geoblocking errors are caused by glitches in Amazon Prime's content delivery network, which allow content to become viewable to users outside of a designated release territory. While they are temporary in nature, Amazon still pays royalties on any content that is viewed because of a glitch.



# HEART OF PAIN
## (PRODUCER STATEMENT)

**Q4 2019 - Q2 2020**
CONTRACT CODE: 4-4

## PAYMENTS

| Territory | Client | Rights | Type | Term | Previous payments | New payments | Bank/tax/contractual withholdings | Paid to date | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Baltics | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.01 | $0.28 | N/A | $0.29 | Revenue was generated between July 2019 and March 2020 |
| Benelux | Amazon Prime | SVOD | Geoblocking error* | N/A | $3.22 | $0.64 | N/A | $3.86 | "      "      "      "      " |
| Brazil | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.05 | N/A | N/A | $0.05 | " |
| Bulgaria | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.02 | $0.01 | N/A | $0.03 | Revenue was generated between July 2019 and March 2020 |
| Canada | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2.58 | $1.94 | N/A | $4.52 | "      "      "      "      " |
| Caribbean | Amazon Prime | SVOD | Non-exclusive | Ongoing | $10.63 | $8.96 | N/A | $19.59 | "      "      "      "      " |
| Central Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.35 | $0.33 | N/A | $0.68 | "      "      "      "      " |
| Central America | Amazon Prime | SVOD | Non-exclusive | Ongoing | $162.58 | $223.49 | N/A | $386.07 | "      "      "      "      " |
| China (mainland) | Beijing Qianlimu Film Media | VOD | Exclusive | 5 years | $2,750.00 | N/A | $3.56 | $2,746.44 | Full payment of license fee / Deal rejected by China censorship in Q4 |
| East Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.12 | N/A | N/A | $0.12 | " |
| France | Amazon Prime | SVOD | Geoblocking error* | N/A | $1.85 | $1.04 | N/A | $2.89 | Revenue was generated between July 2019 and March 2020 |
| Greece | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.25 | $0.01 | N/A | $0.26 | "      "      "      "      " |
| Hungary | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.10 | N/A | N/A | $0.10 | " |
| Ireland | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.10 | $0.12 | N/A | $0.22 | Revenue was generated between July 2019 and March 2020 |
| Italy | Amazon Prime | SVOD | Geoblocking error* | N/A | $1.01 | $0.01 | N/A | $1.02 | "      "      "      "      " |
| Mexico | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2,394.20 | $6,627.90 | N/A | $9,022.10 | "      "      "      "      " |
| North America | UDU Digital | AVOD | Non-exclusive | Ongoing | N/A | $3.99 | N/A | $3.99 | " |
| Oceania | Amazon Prime | SVOD | Non-exclusive | Ongoing | $2.31 | $1.79 | N/A | $4.10 | Revenue was generated between July 2019 and March 2020 |
| Philippines | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.04 | $0.01 | N/A | $0.05 | "      "      "      "      " |
| Portugal | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.34 | $0.51 | N/A | $0.85 | "      "      "      "      " |
| Romania | Amazon Prime | SVOD | Geoblocking error* | N/A | $0.14 | $0.39 | N/A | $0.53 | "      "      "      "      " |
| Scandinavia | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.99 | $1.53 | N/A | $2.52 | "      "      "      "      " |
| South Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.18 | N/A | N/A | $0.18 | " |
| South America | Amazon Prime | SVOD | Non-exclusive | Ongoing | $351.61 | $1,026.27 | N/A | $1,377.88 | Revenue was generated between July 2019 and March 2020 |
| Southern Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | $0.20 | N/A | N/A | $0.20 | " |
| Spain | Amazon Prime | SVOD | Non-exclusive | Ongoing | $666.81 | $826.82 | N/A | $1,493.63 | Revenue was generated between July 2019 and March 2020 |



# HEART OF PAIN
(PRODUCER STATEMENT)

## PAYMENTS

| Territory | Client | Rights | Type | Term | Previous payments | New payments | Bank/tax/contractual withholdings | Paid to date |
|---|---|---|---|---|---|---|---|---|
| Canada | Amazon Prime | SVOD | Non-exclusive | Ongoing | N/A | $0.03 | N/A | $0.03 |
| China (mainland) | Beijing Qianlimu Film Media | VOD | Exclusive | 5 years | $2,750.00 | N/A | $3.56 | $2,746.44 |
| East Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | N/A | $0.10 | N/A | $0.10 |
| Oceania | Amazon Prime | SVOD | Non-exclusive | Ongoing | N/A | $0.01 | N/A | $0.01 |
| South Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | N/A | $0.08 | N/A | $0.08 |
| Southern Africa | Amazon Prime | SVOD | Non-exclusive | Ongoing | N/A | $0.19 | N/A | $0.19 |
| United Kingdom | Amazon.co.uk | TVOD / SVOD | Non-exclusive | Ongoing | $8.44 | $0.11 | N/A | $8.55 |
| United Kingdom | Amazon.co.uk | TVOD / SVOD | Non-exclusive | Ongoing | $8.44 | $3.00 | N/A | $11.44 |
| | | | | | **Total previous payments** | **Total new payments** | **Total withholdings** | **Total paid to date** |
| | | | | | $2,766.88 | $3.52 | $3.56 | $2,766.84 |

## DEDUCTIONS



| Deduction type | Previous deductions | New deductions | Deductions to date |
|---|---|---|---|
| Audit fee | $5,900.00 | N/A | $5,900.00 |
| Delivery fee | $5,100.00 | N/A | $5,100.00 |
| Marketing (film market attendance) | $1,093.87 | N/A | $1,093.87 |
| Marketing (labor) | $8,134.55 | N/A | $8,134.55 |
| Theatrical booking / Virtual Print Fee | N/A | N/A | $0.00 |
| PR & Social media | N/A | N/A | $0.00 |
| DVD design / authoring | N/A | N/A | $0.00 |
| Advertising | $33.33 | N/A | $33.33 |
| Laboratory work | $11,250.00 | N/A | $11,250.00 |
| Captioning/subtitling | $1,020.00 | N/A | $1,020.00 |
| Document legalization | $188.50 | N/A | $188.50 |
| Printing | $1.28 | N/A | $1.28 |
| | **Total previous deductions** | **Total new deductions** | **Total deductions to date** |
| | $32,721.53 | N/A | $32,721.53 |

## ADJUSTMENTS

| Adjustment type | Previous adjustments | New adjustments | Adjustments to date |
|---|---|---|---|
| Captioning/subtitling | $1,020.00 | N/A | $1,020.00 |
| Laboratory work | $11,250.00 | N/A | $11,250.00 |