**RAFAEL JORGE <rafaeljorge584@comcast.net>**                                    7/21/2022 1:40 PM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

Jorge V. Adler
Case 3:22-cv-30075-KAR

Your Honor Here I send you some photos of when I went to California for three years running to the America Film Marker from 2016 to 2019, despite the fact that every time I went there, I was there for at least a week, I never saw Marie Adler, although Adler & Associates Entertainment had a rented office there, I only saw Jeremy Lunt and Mark Belasco, the only ones I knew from Adler & Associates Entertainment. I asked the two of them those three times that I went for Marie Adler, and Mark Belasco answered me, she is not in the country for work. The last time I went to American Film Market I asked someone I met, why isn't Marie Adler ever here at the America Film Marker, it is such an important event, and he told me, you are not going to see her, because that woman has fooled some producers with their movies. On YouTube you can see what she did to Michael Horn, and others people. .

I sent these documents to Marie Adler, as required by Local Rule 5.2.

Thank you.

Rafael Jorge.

**Rafael Jorge &lt;rafaeljorge727@icloud.com&gt;**     7/20/2022 9:06 PM

To rafaeljorge584@comcast.net

Sent from my iPhone





**Rafael Jorge <rafaeljorge727@icloud.com>** 7/20/2022 9:04 PM
To rafaeljorge584@comcast.net

Sent from my iPhone



**Rafael Jorge <rafaeljorge727@icloud.com>**    7/21/2022 10:28 AM

To rafaeljorge584@comcast.net

Sent from my iPhone



- IMG_1591.jpg (157 KB)

**Rafael Jorge** &lt;rafaeljorge727@icloud.com&gt;     7/20/2022 8:45 AM

To rafaeljorge584@comcast.net

Sent from my iPhone



**Rafael Jorge <rafaeljorge727@icloud.com>**          7/20/2022 8:42 AM
To rafaeljorge584@comcast.net

Sent from my iPhone









DECEPTION ON DEMAND: Marie Adler & Associates

6,364 views • Sep 12, 2018      👍 211   👎 DISLIKE   ↗ SHARE   ↓ DOWNLOAD  ✂