**RAFAEL JORGE <rafaeljorge584@comcast.net>**                                7/22/2022 10:25 AM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

JUL 22 '22 AM11:15 USDC MA

FILED IN CLERKS OFFICE

Jorge V. Adler
Case 3:22-cv-30075-KAR

Your Honor
The first documents that I gave you on June 13, 2022 when you started the case against Marie Adler, I also sent it to Marie Adler twice, the first one I sent to her on June 14 2022, they took it away on June 15 2022 but it seems that she was not there and she went to pick it up on June 16 2022 at 9:20 am. I sent her the same documents for the second time on June 21 2022, they were going to deliver it to her on June 22 at 6:00 pm, but it seems that she was not there, and she picked it up on June 23 2022 at 9:13 am. In the documents I sent her is the contract of who was the executive producer of the movie "En Medio del Dolor" (Heart of Pain), the registration number PA0002035538 of the movie "En Medio de Dolor" (Heart of Pain) R:1-3789354363, the copy of a check of USD$53,313.34, a copy of a payment (USD$7,900.00) a copy of a payment of (USD$8,000.00) a payment of USD$52,900.00) The contract of Grupo Intercoral the production company of the movie "En Medio del Dolor" (Heart of Pain), a copy of the Digital Millennium Copyright ACT (DMCA) where it says that Marie Adler registered the movie "En Medio del Dolor"(my movie) under the title (Heart of Pain )UNDER PENALTY OF PERJURY. Also proof of when she sent me an email on April 27, 2016 where she told me, that she was interested in distributing my movie In the Middle of Pain, the same movie that she later registered in the Digital Millennium Copyright ACT (DMCA) with the name Heart of Pain. Your Honor, I also gave you those same documents on June 13, 2022 but with the difference that I gave you a sealed envelope that The Library of Congress United States Copyright Office sent me, from an investigation that I told them to do, they say who owns the movie "En Medio del Dolor" ( Heart of Pain). Your honor As you have the authority to open the envelope, because The Library of Congress United States Copyright Office told me that only a person with authority could open it, your honor you have the authority, please open the envelope, and show the information that is there inside. And since I am sure that the information inside that envelope favors me, I ask for a MOTION to enter a judgment or order in my favor under rule 7(b) and approving the amount 7000000.00.

Marie Adler
I hope that from now on you have a better heart and you give the producers the money that they get, and you settle for the part of the money that corresponds to you. Because, the producers produce the movies with a lot of effort, and also send the real account statement. That way you don't cut their career short for them, nor delay it.

Hopefully you will never make yourself the owner of another movie again.

I sent these documents to Your Honor as required by Local Rule 5.2.

Thank you.

Rafael Jorge, Pro S

*Rafael Jorge* 1145 Liberty Street, Springfield, MA 01104