July 25, 2022

The Honorable Katherine A. Robertson
United States District Court
℅ Melissa Rivera
300 State Street
Springfield, Massachusetts 01105

JUL 27 '22 AM9:40 USDC MA

FILED IN CLERKS OFFICE

Via: Priority US Mail

**Re: Jorge v. Adler | 3:22-cv-30075-KAR**

Dear Melissa Rivera,

I hope this letter finds you, and the court safe, and well. I have not been approved to file documents electronically yet. Therefore I am writing The Honorable Judge Katherine A. Robertson to follow up on Mr. Jorge's continued filings, letters, and motions.

Mr. Jorge is trying to argue his case via the documents he filed on 7/19, 7/21, and 7/22/2022 since my Motion to Dismiss was filed. Rather than waste the court's time, I would like to note that my Motion to Dismiss is my response to Mr. Jorge's continued correspondence. The points I outlined in that motion (listed below for your reference) clearly give five reasons why this case should not only be dismissed by your court but any court in the United States.

> **I. ARBITRATION:** Plaintiff's Agreement with Adler & Associates Entertainment, Inc., is governed by an Arbitration Clause according to International Film and Television Alliance (I.F.T.A.) Rules.
>
> **II. JURISDICTION:** Plaintiff's Agreement with Adler & Associates Entertainment, Inc is governed by the laws of the State of California.

**III. PARTIES TO AGREEMENT:** Defendant is not a party to the agreement. Plaintiff's Agreement is with Adler & Associates Entertainment, Inc. An officer is not liable for acts of the corp without "piercing the corporate veil"

**IV. SERVICE OF PROCESS**: Defendant was not properly served. Plaintiff attempted to serve Defendant by mail.

**V. COPYRIGHT:** Plaintiff's Copyright Claim Fails. We have a sales agreement in place permitting name change. An officer is not liable for acts of the corporation.

I look forward to any instructions from the court, so that I may do my part to expedite a resolution and respect the court's time.

Sincerely,

Marie Adler
P.O.Box 3461
Danville, CA. 94526
Phone: +1 424.230.9119
Email: lvsl55@yahoo.com