**RAFAEL JORGE** <rafaeljorge584@comcast.net>     7/28/2022 10:57 AM

# Fwd:

To RAFAEL JORGE <rafaeljorge584@comcast.net>

FILED IN CLERKS OFFICE    JUL 28 '22 AM11:18 USDC MA

Jorge V. Adler
Case 3:22-cv-30075-KAR

Your Honor
This is a response to what Marie Adler sent on 7/27/2022. Referring to the 1st part of the first page of the arbitration agreement that Marie Adler says, it is a distribution agreement in the contract I signed, and it does not say anywhere that I assigned my copyright to Marie Adler: If I gave my copyright to Marie Adler, I advise her to show you any contract that was signed by me to give my copyright to her. It is true that I signed a distribution agreement with Adler & Associates Entertainment, Inc. But that doesn't give Marie Adler the right to steal my movie infringing my copyright.

Part 2 of the first page. Your Honor, although the agreement I signed with Adler & Associates Entertainment is governed by an arbitration clause in accordance with the International Film and Television Arts (I.F.T.A.) rules. alliance, does not give anyone the authority or right to violate any federal law of the United States, either in California or anywhere in the United States. And if so, show it. Because I am sure that here in the United States no alliance, nor any organization dares to set rules to violate Federal laws. Because it will go very bad. And I am sure that if the I.F.T.A finds out that you are saying that in a federal court, they will sanction you. Also, that Marie Adler stops evading what I have asked her, which is to show Your Honor the contract signed by me granting Marie Adler the copyright of the movie En Medio del Dolor (Heart of Pain). Because we are not boys.

Your Honor I refer to the third part of the second page that says: the defendant is not a party to the contract. The plaintiff's agreement is with Adler & Associates Entertainment, Inc. So, I'm right, because I'm not suing Adler & Associates Entertainment, but Marie Adler who infringed my copyright, and although she is part of Adler & Associates Entertainment, that does not give her the right to violate federal laws by infringing my copyright, and steal the only movie that I is made, because she is only part of Adler & Associates Entertainment. Your Honor Marie Adler according to the other partners of Adler & Associates Entertainment, Inc. they are not responsible for what Marie Adler did. But I am not suing them, but rather Marie Adler who committed the infraction, and before a federal court whether in California, Massachusetts, or any city or state in the United States she will be found guilty. because she broke a federal law. So, my lawsuit has more reason, because I am not suing Adler & Associates Entertainment, if not Marie Adler.

Your Honor this is the four part of the second page that Marie Adler showed you the notice that she says I emailed her. I haven't sent an email to her for more than a year, nor she to me, although she is supposed to send me the account statement as the distribution contract says, and she hasn't, because she thinks the movie belongs to her. Because since the case began, it has been sent to her by mail, as the Civil Rule says.

The fifth part of the second page: Your Honor, Marie Adler told you in the third part of the first page that she is not a party to the contract because the contract was not made with her, but with Adler & Associates Entertainment, Inc. But here says we have a contract with the copyright defendant that allows for a change in the name of the film. Like she's suing her for changing the name of my movie. I'm not suing for the name change. I am suing for copyright infringement. Your Honor Marie Adler believes that she is going to confuse me with her deception, and that she is going to prosper. Also ask Marie Adler to show you the contract from when she produced the movie Hear of Pain, and from when she invested in the production.

Marie Adler
You are not going to deceive the Magistrate like you and Adler & Associates Entertainment deceived me with the distribution my movie, I imagine that Your Honor in other cases has dealt with people like this, who have wanted to circumvent the law, I hope that she gives you the payment according to what you have done, because apart from the fact that you has not given me a penny in more than six years of distributing my film, you wants to take over the film.

Your Honor if you notice in about a month Marie Adler has not presented you with a Copyright contract that I have signed, if not with arbitration distribution agreement, and not with copyright agreement but rather has only tried to confuse us with a distribution agreement contract. Based on the fact that she has not shown you a contract that I have assigned my Copyright. For this I ask you to do me justice, and has shown you things that are irrelevant, I ask A MOTION to please initiate a judgment in my favor referring to Federal Rule 7(b) and approving the amount 7000000.00. Of the Federal Rules of Civil Procedure.

Your Honor I sent this document, as provided by Local Rule 5.2.

Thank you.
Rafael Jorge Pro se, 1145 Liberty Street, Springfield, Ma 01104