**RAFAEL JORGE** <rafaeljorge584@comcast.net>                    7/29/2022 12:07 PM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

---

Jorge V. Adler
Case 3:22-cv-30075-KAR

Your honor please do not dismiss my case and please put it in my favor for infringement copyright.

Your Honor, I apologize, because a small part of what I wrote yesterday was for Marie Adler, and It seemed like I wrote it for you. Last night my daughter told me, what I wrote seems as if I wrote that piece for you and it was for Marie Adler. I understand very little English, I used Google Translate to write that, and since my daughter didn't sleep well because of her baby, she was not able to translate it properly. This was what I meant: Part 2 of the first page. Your Honor, although the agreement I signed with Adler & Associates Entertainment is governed by an arbitration clause in accordance with the International Film and Television Arts (I.F.T.A.) rules. alliance, does not give anyone the authority or right to violate any federal law of the United States, either in California or anywhere in the United States. And if so, show it. Because I am sure that here in the United States no alliance, nor any organization dares to set rules to violate Federal laws. Marie Adler it will go very bad. Also, that Marie Adler stops evading what I have asked her, which is to show Your Honor the contract signed by me granting Marie Adler the copyright of the movie En Medio del Dolor (Heart of Pain).

Marie Adler says you have no ties to Massachusetts. And she later says that Adler & Associates Entertainment, Inc is a California corporation. But that doesn't give Marie Adler the right to steal something from someone who lives in Massachusetts.

Adler & Associates Entertainment, Inc say that they are not responsible for what Marie Adler did to me, they are not responsible for what any of them do separately. But to benefit yes, they know that Marie Adler is not the owner of that movie, and if I brought the company a false copyright of a movie that they were distributing and they know that the real owner removed it from Amazon Prime and Udu Digital. Why would Adler & Associates Entertainment, Inc sell it to Vimeo to play it worldwide? Your Honor you can see that in the account statements I provided.

Your Honor Adler & Associates Entertainment, Inc needs to know that when someone benefits from something wrongful, they are also responsible. Perhaps they have seen when organizations, gangs, etc., have all benefited from something illegal, when the authorities catch one, they charge the others at least as an accomplice. In my case Adler & Associates Entertainment, Inc everyone knew who the real owner of the movie En Medio del Dolor (Heart of Pain) is, and they negotiated with Vimeo, and God knows how many other companies. Because it's been more than fifteen months since I received an account statement, when the contract says that they have to send it to me every three months. I don't know who else they are selling the movie to, they have not sent me any statements.

Marie Adler
You are a citizen of the United States, and you know who the Federal Government is, and what happens to those who violate the laws. You will get the sentence that is deserved to you.

I'm going to tell you what happened to Teo, who is from my neighborhood in the Dominican Republic. Teo violated a federal law in New Jersey, and escaped to the Dominican Republic, and just like you Teo thought he was in a criminal in paradise, and several years later, federal agents from the United States surprised him, and brought him to the United States, and they imprisoned him for several years. So do not trust your paradise in California, because it is easier for the Federal government to bring you from California to Massachusetts, or any other state of the many people that you have deceived.

With this I imply that she has turned California into a paradise to commit her deceptions, and she has enriched herself by swindling. What she ignores is that the Federal government has jurisdiction in California, and all parts of the United States.

Your Honor I sent you this document, as provided by Local Rule 5.2.

Thank you.

Rafael Jorge Pro se, 1145 Liberty Street, Springfield, Ma 01104.

*[signature]*