**RAFAEL JORGE <rafaeljorge584@comcast.net>**          8/1/2022 2:50 PM

To RAFAEL JORGE <rafaeljorge584@comcast.net>

---

Here is the proof of the documents that I took to court on July 20 and 21, there were photos, some account statements and some proof that I mentioned, and a Motion on the 21st, which I also sent to Marie Adler.

Thank you.

Rafael Jorge.

*[signature: Rafael Jorge]*

*[stamp: FILED IN CLERKS OFFICE AUG 2 '22 AM 11:09 DC MA]*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Mailbox place<br>C. Date of Delivery |
| 1. Article Addressed to: Marie Adler<br>8721 Santa Monica Blvd #312<br>W. Hollywood, CA 90069<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6972 1225 1118 14<br>EI 206 165 621 US | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Mailbox place<br>C. Date of Delivery |
| 1. Article Addressed to: Marie Adler<br>8721 Santa Monica Blvd #312<br>W. Hollywood, CA 90069<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 6972 1225 1118 45<br>2. EI 206 165 595 US | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Adult Signature ☐ Priority Mail Express®<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail™<br>☐ Certified Mail® ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) |

PS Form 3811, July 2020 PSN 7530-02-000-9053 — Domestic Return Receipt

USPS TRACKING #



9590 9402 6972 1225 1118 14

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

Rafael Jorge
1145 Liberty Street
Springfield, MA 01104

USPS TRACKING #



9590 9402 6972 1225 1118 45

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box•

Rafael Jorge
1145 Liberty Street
Springfield, MA 01104